**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 19-cv-24512

LILIANA MUNOZ,

      Plaintiff,

v.

DOLLAR TREE STORES, INC.,

      Defendant.

_____/

## **DEFENDANT'S INITIAL DISCLOSURES**

    Defendant, DOLLAR TREE STORES, INC., files the following Initial Disclosures required under Fed. R. Civ. P. 26(A)(1)-(2) and states as follows:

Rule 26(a)(1)(A)(i) Witnesses:

1) Nesly Joseph
   Dollar Tree c/o Almazan Law
   7901 Ludlam Rd, Ste 100
   Miami, FL 33143

   Nesly Joseph is/was an employee of Dollar Tree and may have knowledge regarding the Plaintiff's alleged incident at the store.

2) Miguel Figueroa, MD and Records Custodian
   Tri-County Comprehensive Surgical Center
   8000 SW 67th Avenue, 2nd Floor
   Miami, FL 33143

   Dr. Figueroa may have knowledge regarding the Plaintiff's treatment. The Records Custodian may have knowledge regarding the billed amounts for Plaintiff's treatment.

3) Robert Getter, MD, John Crocco, PA, and Records Custodian
   Florida Spine & Joint Institute
   7975 NW 154th Street, Ste 210
   Miami Lakes, FL 33016

Dr. Getter and Mr. Crocco may have knowledge regarding the Plaintiff's treatment. The Records Custodian may have knowledge regarding the billed amounts for Plaintiff's treatment.

4) Sean Johnston, MD, Kenneth Fortgang, MD, Jonathan Luchs, MD, and Records Custodian
Open MRI of Miami Dade
19087 NE 29 Avenue
Aventura, FL 33180

Dr. Johnston, Dr. Fortgang, and Dr. Luchs may have knowledge regarding the Plaintiff's MRI results. The Records Custodian may have knowledge regarding the billed amounts for Plaintiff's treatment.

5) Barry E. Schapiro, MD, Denise Andrade, PA, and Records Custodian
Orthopedic and Neurosurgery of Florida
3355 Burns Rd, Ste 304
Palm Beach Gardens, FL 33410

Dr. Schapiro and Ms. Andrade may have knowledge regarding the Plaintiff's treatment. The Records Custodian may have knowledge regarding the billed amounts for Plaintiff's treatment.

6) Dr. Barry Schapiro, MD, FAAOS and Records Custodian
3500 Tyler Street
Hollywood, FL 33021

Dr. Schapiro may have knowledge regarding the Plaintiff's treatment. The Records Custodian may have knowledge regarding the billed amounts for Plaintiff's treatment.

7) Luis Orozco, DC, David Goodrich, DC, Allen Garcia, DC, Richard Fields, DPM, Jose A. Marquez, MD, PA, Edward Suarez, MD, PA, and Records Custodian
Affiliated Healthcare Centers, Inc.
9091 Pembroke Road
Pembroke Pines, FL 33025

Dr. Orozco, Dr. Goodrich, Dr. Garcia, Dr. Fields, Dr. Marquez, and Dr. Suarez may have knowledge regarding the Plaintiff's treatment. The Records Custodian may have knowledge regarding the billed amounts for Plaintiff's treatment.

8) Alon Payenson, MD, Lillian Acosta, PA, and Records Custodian
Memorial Hospital West
703 N. Flamingo Road
Pembroke Pines, FL 33028

Dr. Payenson and Ms. Acosta may have knowledge regarding the Plaintiff's treatment. The Records Custodian may have knowledge regarding the billed amounts for Plaintiff's treatment.

9) Brian Dula, Charles Rodriguez, Kevin Newman, Miguel Katrynlok, and Records Custodian
   Miami-Dade Fire Rescue
   8300 NW 41st Street
   Doral, FL 33178

   Mr. Dula, Mr. Rodriguez, Mr. Newman, and Mr. Katrynlok may have knowledge regarding the Plaintiff's treatment. The Records Custodian may have knowledge regarding the billed amounts for Plaintiff's treatment.

10) Scott S. Katzman, MD, Lewjack Dorrance, PA, and Records Custodian
    Advanced Orthopedics & Neurosurgery, LLC
    3355 Burns Road, Ste. 304
    Palm Beach Gardens, FL 33410

    Dr. Katzman and Mr. Dorrance may have knowledge regarding the Plaintiff's treatment. The Records Custodian may have knowledge regarding the billed amounts for Plaintiff's treatment.

11) Richard Black, DO and Records Custodian
    Elite Imaging Aventura
    2925 Aventura Blvd., Ste. 100
    Aventura, FL 33180

    Dr. Black may have knowledge regarding the Plaintiff's treatment. The Records Custodian may have knowledge regarding the billed amounts for Plaintiff's treatment.

12) Records Custodian
    MTR Medical Supply, Inc.
    3389 Sheridan Street, Ste. 547
    Hollywood, FL 33021

    The Records Custodian may have knowledge regarding the billed amounts for Plaintiff's medical devices.

Rule 26(a)(1)(A)(ii) Documents:

All documents referenced are located at Almazan Law.

1) Initial Report and Bills – Miami-Dade Fire Rescue

2) Medical Records and Bills – Memorial Hospital West

3)  Medical Records and Bills – Tri-County Comprehensive Surgical Center

4)  Medical Records and Bills – Florida Spine & Joint Institute

5)  Medical Records and Bills – Open MRI of Miami-Dade

6)  Medical Records and Bills – Orthopedic and Neurosurgery of Florida

7)  Medical Records and Bills – Dr. Barry Schapiro, MD, FAAOS

8)  Medical Records and Bills – Affiliated Healthcare Centers, Inc.

9)  Medical Records and Bills – Advanced Orthopedics & Neurosurgery, LLC

10) Medical Records and Bills – Elite Imaging Aventura

11) Bills – MTR Medical Supply, Inc.

12) Archic Policy # 41GPP4953907 for the period of 09/01/2015 through 08/31/2016

<u>Rule 26(a)(1)(A)(iii) Computation of Damages</u>:

      I.      Defendant is not seeking any damages.

<u>Rule 26(a)(1)(A)(iv) Disclosure of Insurance Agreements</u>:

      I.      Archic Policy # 41GPP4953907 for the period of 09/01/2015 through 08/31/2016

<u>Rule 26(a)(2) Disclosure of Expert Testimony</u>:

      I.      None at this time.

[SPACE LEFT BLANK INTENTIONALLY]

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 23rd day of December 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record or pro se parties identified in the matter specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

**ALMAZAN LAW, P.A.**
*Counsel for Defendant*
7901 Ludlam Road, Suite 100
Miami, Florida 33143
Telephone:    (305) 665-6681
Facsimile:     (305) 665-6684
Service:         efile@almazanlaw.com

/s/ JOHANNA CASTELLON VEGA
**ALEXANDER P. ALMAZAN**
Florida Bar No.: 159166
aalmazan@almazanlaw.com
**JOHANNA CASTELLON VEGA**
Florida Bar No.: 58345
jvega@almazanlaw.com