UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 19-24512-CIV-MARTINEZ-OTAZO-REYES

LILIANA MUNOZ,
    Plaintiff,

vs.

DOLLAR TREE STORES, INC.,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Adverse Inference Instruction ("Motion for Sanctions"), [ECF Nos. 44, 61]. Magistrate Judge Otazo-Reyes filed a Report and Recommendation, [ECF No. 67], recommending that the Motion for Sanctions be denied. The Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation, [ECF No. 67], is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Plaintiff's Motion for Sanctions, [ECF No. 44], is **DENIED.**

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of May, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record